IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Yuriy Bekman,                                          :
                  Appellant        :
                               :
             v.                                 :        No. 394 C.D. 2020
                               :
Zoning Board of Adjustment of the        :
City of Pittsburgh, City of Pittsburgh    :
and BDL Acquisitions                           :

**PER CURIAM**                                **O R D E R**

NOW, January 4, 2021, having considered Appellant's application for reargument, the application is denied.